UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| LUIS CHARLES,<br>*on behalf of himself and others similarly situated in the proposed FLSA Collective Action,*<br><br>                    Plaintiff,<br><br>                    -v.-<br><br>CHLOE CONSTRUCTION LLC and JACKY PIAMENTA,<br><br>                    Defendants. | 22 Civ. 8596 (KPF)<br><br>**ORDER** |

KATHERINE POLK FAILLA, District Judge:

On January 10, 2023, the Court ordered Plaintiff to show cause why this case should not be dismissed for failure to comply with Federal Rule of Civil Procedure 4(m).  (Dkt. #6).  Since that time, Plaintiff has served Defendants, and Defendants have answered the Complaint.  (Dkt. #7-10).  Accordingly, Plaintiff is no longer directed to show cause.  As this case is brought under the Fair Labor Standards Act, it will be referred to the District's court-annexed mediation program.

SO ORDERED.

Dated:  February 6, 2023
        New York, New York

                                                            *Katherine Polk Failla*
                                                    _____
                                                        KATHERINE POLK FAILLA
                                                        United States District Judge