UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------X
Luis Charles, *on behalf of himself and others similarly situated in the proposed FLSA Collective Action*,

                                                  *Plaintiffs*,

        -against-

Chloe Construction LLC, and Jacky Piamenta,

                                                  *Defendants*.
-----------------------------------------------------------X

Case No.: 22-cv-08596-KPF

**FED.R.CIV.P. 68 JUDGMENT**

WHEREAS pursuant Rule 68 of the Federal Rules of Civil Procedure, Defendants LJ Chloe Construction LLC, and Jacky Piamenta (collectively, the "Defendants"), having offered to allow Plaintiff Luis Charles ("Plaintiff") to take a judgment against the Defendants in this action for the total sum Eight Thousand Five Hundred Dollars and Zero Cents ($8,500.00) (the "Judgment Amount"), payable as follows:

1. A payment in the amount of Eight Thousand Five Hundred Dollars and Zero Cents ($8,500.00) payable within ten (10) days of the entry of a Judgment;

WHEREAS, in the event of Defendants' failure to make any payment when due as set forth above, the breach shall result in accelerated payment of the Judgment Amount, together with all costs and attorneys' fees incurred by Plaintiff in connection with any efforts to enforce any Judgment, less any payments made by Defendants as set forth herein. Defendants acknowledge and agree that this calls for a judgment in a greater amount than the initial judgment amount as a penalty for an uncured default.

ORDERED, ADJUDGED, AND DECREED, that Plaintiff has judgment in the amount of $8,500.00 as against Defendants.

IT IS FURTHER ORDERED, ADJUDGED, AND DECREED, that this action is hereby dismissed with prejudice as against Defendants.

Dated: _____ _____, 2023
      New York, New York

SO ORDERED:

_____